UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**DEREK OSBORNE,**

    *Plaintiff*,

**v.**                                         Case No. 5:23-cv-1054-JKP-ESC

**LENDINGCLUB CORPORATION; and
DOES 1 THROUGH 100, INCLUSIVE,**

    *Defendants*.

## ORDER OF DISMISSAL

Plaintiff has filed notices of voluntary dismissal (ECF No. 7 and 8) so as to dismiss all defendants pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i). Although no court order is necessary based upon the filed notices, the case has not yet been closed. Accordingly, the Court issues this order. **The Clerk of Court shall close this case.**

**IT IS SO ORDERED this 21st day of March 2024.**

                                                                       **JASON PULLIAM**
                                                                       **UNITED STATES DISTRICT JUDGE**